JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PARAMOUNT PICTURES CORPORATION,<br><br>　　　　　　Defendant. | Case No. CV 15-4302 DMG (PJWx)<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, filed on June 15, 2016, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Paramount Pictures Corporation and against Plaintiff American Federation of Musicians of the United States and Canada.

DATED: June 15, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-